IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

KANDEE COOLEY,

    Plaintiffs,

vs.                      Case No.: 2:07cv808-MHT

STATE OF ALABAMA DEPARTMENT OF EDUCATION,
MOBILE COUNTY BOARD OF SCHOOL COMMISSIONERS
and the MOBILE COUNTY PUBLIC SCHOOL SYSTEM.

    Defendants.

---

## SUMMONS IN A CIVIL ACTION

TO:    ALABAMA STATE DEPARTMENT OF EDUCATION
        50 North Ripley Street
        Montgomery, Alabama 36104

    **YOU ARE HEREBY SUMMONED** and required to file with Clerk of this Court and serve upon:

    Attorney April England-Albright
    Post Office Box 312293
    Atlanta, Georgia 31131

    AN ANSWER TO THE COMPLAINT WHICH IS HEREWITH SERVED UPON YOU, WITHIN 20 DAYS AFTER SERVICE OF THIS SUMMONS UPON YOU, EXCLUSIVE OF THE DAY OF SERVICE. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

*Debra P. Hackett*                      9/18/07
_____         _____
CLERK                                               DATE
_____
DEPUTY CLERK

_____         
**TYPE OF SERVICE**                 **DATE OF SERVICE:**_____

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**KANDEE COOLEY,**

    **Plaintiffs,**

vs.                                        Case No.: 2:07CV808-MHT

**STATE OF ALABAMA DEPARTMENT OF EDUCATION,
MOBILE COUNTY BOARD OF SCHOOL COMMISSIONERS
and the MOBILE COUNTY PUBLIC SCHOOL SYSTEM.**

    **Defendants.**

---

## SUMMONS IN A CIVIL ACTION

TO:     **MOBILE COUNTY BOARD OF SCHOOL COMMISSIONERS
Post Office Box 1327
Mobile, Alabama 36608**

    **YOU ARE HEREBY SUMMONED** and required to file with Clerk of this Court and serve upon:

    Attorney April England-Albright
    Post Office Box 312293
    Atlanta, Georgia 31131

    AN ANSWER TO THE COMPLAINT WHICH IS HEREWITH SERVED UPON YOU, WITHIN 20 DAYS AFTER SERVICE OF THIS SUMMONS UPON YOU, EXCLUSIVE OF THE DAY OF SERVICE. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

_Debra P. Hackett_                                       9/18/07
**CLERK** _[signature]_                               **DATE**
**DEPUTY CLERK**

---

**TYPE OF SERVICE**                             **DATE OF SERVICE:**_____

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

KANDEE COOLEY,

    Plaintiffs,

vs.                        Case No.: 2:07cv808-MHT

STATE OF ALABAMA DEPARTMENT OF EDUCATION,
MOBILE COUNTY BOARD OF SCHOOL COMMISSIONERS
and the MOBILE COUNTY PUBLIC SCHOOL SYSTEM.

    Defendants.

---

## SUMMONS IN A CIVIL ACTION

TO:   MOBILE COUNTY PUBLIC SCHOOL SYSTEM
Post Office Box 1327
Mobile, Alabama 36608

YOU ARE HEREBY SUMMONED and required to file with Clerk of this Court and serve upon:

Attorney April England-Albright
Post Office Box 312293
Atlanta, Georgia 31131

AN ANSWER TO THE COMPLAINT WHICH IS HEREWITH SERVED UPON YOU, WITHIN 20 DAYS AFTER SERVICE OF THIS SUMMONS UPON YOU, EXCLUSIVE OF THE DAY OF SERVICE. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

_Debra P. Hackett_                           9/18/07
CLERK                                                  DATE
DEPUTY CLERK

TYPE OF SERVICE                     DATE OF SERVICE:_____