**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Mobile County Public
    School System
    P.O. Box 1327
    Mobile, Alabama 36608

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☒ Agent  ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 9-24-07

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

   07cv 808
   S+C

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0000 9340 1944

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540