IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DISTRICT

| | | |
|---|---|---|
| KANDEE COOLEY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CIVIL ACTION NO.: 2:07CV808-MHT |
| | * | |
| STATE OF ALABAMA DEPARTMENT | * | |
| OF EDUCATION, MOBILE COUNTY | * | |
| BOARD OF SCHOOL COMMISSIONERS | * | |
| and the MOBILE COUNTY PUBLIC | * | |
| SCHOOL SYSTEM, | * | |
| | * | |
| Defendants. | * | |

## NOTICE OF APPEARANCE

Comes now VAUGHAN DRINKARD, JR., and appears as counsel of record for Defendants, Board of School Commissioners of Mobile County and Mobile County Public School System.

s/Vaughan Drinkard, Jr.
VAUGHAN DRINKARD, JR.
Attorney for Defendant
THE ATCHISON FIRM, P.C.
3030 Knollwood Drive
Mobile, Alabama  36693
Telephone (251) 665-7200
Facsimile (251) 665-7250
DRINV2102
E-mail:vaughan.drinkard@atchisonlaw.com

**CERTIFICATE OF SERVICE**

      I do hereby certify that I have on this the 10th day of October, 2007, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all Counsel of record, as follows:

April England-Albright, Esq.
Law Office of April England-Albright
Post Office Box 312293
Atlanta, Georgia  31131

State of Alabama Department of Education
50 North Ripley Street
Montgomery, Alabama  36104

                s/Vaughan Drinkard, Jr.
                VAUGHAN DRINKARD, JR.