IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KANDEE COOLEY, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   Case No: |
| | *   2:07CV808-MHT |
| STATE OF ALABAMA DEPT. OF EDUCATION, | * |
| MOBILE COUNTY BOARD OF SCHOOL | * |
| COMMISSIONERS, AND MOBILE COUNTY | * |
| PUBLIC SCHOOL SYSTEM, | * |
| | * |
| Defendants. | * |

## MOTION TO DISMISS

Comes now Defendants, Mobile County Board of School Commissioners and the Mobile County Public School System (collectively referred to herein as "the Board") and hereby moves this Honorable Court to dismiss pursuant to Rule 12(b)(6) of the <u>Federal Rules of Civil Procedure</u> all claims for punitive damages made by Plaintiff, Kandee Cooley, in her complaint. In support of same, the Board relies on all of the following: this motion and contemporaneously filed supporting brief; all pleadings and filings to date in this civil action; and all applicable procedural and substantive laws. As grounds for this motion, the Board states as follows:

1. Plaintiffs' claims for punitive damages fail to state a claim upon which relief can be granted.

2. Under the law applicable to every claim asserted by Plaintiff in her complaint against the Board, punitive damages are not available. (<u>See</u> Br. Supp. Mot Transfer and Dismiss).

**WHEREFORE, PREMISES CONSIDERED,** the Board respectfully requests this Honorable Court to enter an order dismissing all of Plaintiff's claims for punitive damages against the Board.

s/Vaughan Drinkard, Jr.
VAUGHAN DRINKARD, JR.
Attorney for Defendant
THE ATCHISON FIRM, P.C.
3030 Knollwood Drive
Mobile, Alabama  36693
Telephone: (251) 665-7200
Facsimile: (251) 665-7250
DRINV2102
E-mail: vaughan.drinkard@atchisonlaw.com


s/Paul Carbo, Jr.
Attorney for Defendant
THE ATCHISON FIRM, P.C.
3030 Knollwood Drive
Mobile, Alabama  36693
Telephone: (251) 665-7200
Facsimile: (251) 665-7250
CARBP
E-mail: paul.carbo@atchisonlaw.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this the 12th day of October, 2007, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all Counsel of record, as follows:

April England-Albright, Esq.
Law Office of April England-Albright
Post Office Box 312293
Atlanta, Georgia  31131

State of Alabama Department of Education
50 North Ripley Street
Montgomery, Alabama  36104

s/Vaughan Drinkard, Jr.
VAUGHAN DRINKARD, JR.

2