IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **KANDEE COOLEY,** ) | |
| ) | |
|    **Plaintiff.** ) | |
| ) | |
| vs. ) | **Case No.: 2:07cv808-MHT** |
| ) | |
| **STATE OF ALABAMA DEPARTMENT** ) | |
| **OF EDUCATION, MOBILE COUNTY** ) | |
| **BOARD OF SCHOOL COMMISSIONERS** ) | |
| **and the MOBILE COUNTY PUBLIC** ) | |
| **SCHOOL SYSTEM** ) | |
| ) | |

**NOTICE OF APPEARANCE**

Please take notice that Juliana Teixeira Dean, Associate General Counsel for the Alabama Department of Education, appears as additional counsel for the Alabama State Department of Education, defendant in the above-styled matter.

All parties and the Clerk of the Court are respectfully requested to serve copies of all future pleadings, court orders, and correspondence in this case upon counsel at the address provided below.

                                                          Respectfully submitted,

                                                          TROY KING
                                                          ATTORNEY GENERAL

                                                          /s Juliana Teixeira Dean    (DEA036)
                                                            Attorney for Defendant
                                                            State Department of Education

2

OF COUNSEL:
State of Alabama
Department of Education
5103 Gordon Persons Building
50 North Ripley Street
Montgomery, AL 36130-0001

## CERTIFICATE OF SERVICE

      I hereby certify that I have electronically served a copy of the foregoing document with the Clerk of the Court, Montgomery County, Alabama, on this the 9th day of October, 2007, using the CM/ECF system which will send notification to the following counsel of record:

    April England-Albright, Esq.
    Law Office of April England-Albright
    P. O. Box 3412293
    Atlanta, GA 33131

And I hereby certify that I have mailed by United States Postal Service the document to the two co-defendants listed below:

    Mobile County Board of School Commissioners
    P. O. Box 1327
    Mobile, AL 36608

    Mobile County Public School System
    P. O. Box 1327
    Mobile, AL 36608

                                      /s Juliana Teixeira Dean
                                            Of Counsel