IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KANDEE COOLEY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | Case No: 2:07-CV808-MHT |
| | * | |
| STATE OF ALABAMA DEPT. | * | |
| OF EDUCATION, MOBILE | * | |
| COUNTY BOARD OF SCHOOL | * | |
| COMMISSIONERS, AND | * | |
| MOBILE COUNTY | * | |
| PUBLIC SCHOOL SYSTEM, | * | |
| | * | |
| Defendants. | * | |

## MOTION TO ADMIT PRO HAC VICE

COMES NOW the undersigned, K. Paul Carbo, Jr. and pursuant to this Court's local **Rule 83 .1** hereby moves this Court to admit him Pro Hac Vice in the above styled case to represent Defendants Mobile County Board of School Commissioners and the Mobile County Public School System.

Pursuant to this Court's order the undersigned counsel is attaching a Certificate of Good Standing from the United States District Court for the Southern District of Alabama. The undersigned counsel certifies that he has by overnight mail sent a check in the amount of $20.00 to cover the Pro Hac Vice admission fee.

Wherefore the premises considered the undersigned respectfully requests this Court to enter an order admitting him Pro Hac Vice.

Respectfully submitted,

/s/ _____
Federal Bar Number: CARBK8014
Attorney for Defendant
The Atchison Firm, P.C.
3030 Knollwood Drive
Mobile, Alabama 36693
(251) 665-7200
(251) 665-7250 *facsimile*
E-mail:paul.carbo@atchisonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ _____
K. Paul Carbo, Jr.

UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF ALABAMA } ss.

# Certificate of Good Standing

I, Charles R. Diard, Jr., Clerk of the United States District Court for the Southern District of Alabama DO HEREBY CERTIFY that

## K. Paul Carbo, Jr.

was duly admitted to practice in said Court on August 25, 1982, and is in good standing as a member of the bar of said Court.



Dated at *Mobile, Alabama*
on October 9, 2007

Charles R. Diard, Jr.
Clerk of Court

By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KANDEE COOLEY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | Case No: 2:07-CV808-MHT |
| | * | |
| STATE OF ALABAMA DEPT. | * | |
| OF EDUCATION, MOBILE | * | |
| COUNTY BOARD OF SCHOOL | * | |
| COMMISSIONERS, AND | * | |
| MOBILE COUNTY | * | |
| PUBLIC SCHOOL SYSTEM, | * | |
| | * | |
| Defendants. | * | |

### ORDER ADMITTING PRO HAC VICE

Upon the motion of K. Paul Carbo, Jr. an attorney in good standing with the State of Alabama and upon showing the Certificate of Good Standing for the Untied States District Court Southern District of Alabama and upon receipt of payment of the fee. K. Paul Carbo, Jr. is hereby admitted to Pro Hac Vice in the above styled case.

_____
U. S. District Judge

```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000742
Cashier ID: cstrecke
Transaction Date: 10/15/2007
Payer Name: THE ATCHISON FIRM PC
-----------------------------------
PRO HOC VICE
 For: THE ATCHISON FIRM PC
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:         $20.00
-----------------------------------
CHECK
 Remitter: THE ATCHISON FIRM PC
 Check/Money Order Num: 7782
 Amt Tendered:   $20.00
-----------------------------------
Total Due:       $20.00
Total Tendered:  $20.00
Change Amt:      $0.00
```

DALM207CV000808-MHT

MOT/PHV K PAUL CARBO, JR

THE ATCHISON FIRM PC

3030 KNOLLWOOD DRIVE

MOBILE, AL  36693