IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **KANDEE COOLEY,** )<br> )<br>   Plaintiff, )<br> )<br>   v. )<br> )<br>**STATE OF ALABAMA** )<br>**DEPARTMENT OF EDUCATION,** )<br>**et al.,** )<br> )<br>   Defendants. ) | CIVIL ACTION NO.<br>2:07cv808-MHT |

ORDER

It is ORDERED that the motion to admit pro hac vice (Doc. No. 13) is granted.

DONE, this the 17th day of October, 2007.

                                 /s/ Myron H. Thompson  
                          **UNITED STATES DISTRICT JUDGE**