IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| KANDEE COOLEY, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:07cv808-MHT |
| ) | |
| STATE OF ALABAMA ) | |
| DEPARTMENT OF EDUCATION, ) | |
| et al., ) | |
| ) | |
|    Defendants. ) | |

ORDER

It is ORDERED that the motion to dismiss (Doc. No. 9) and motion to transfer (Doc. No. 10) are set for submission, without oral argument, on October 29, 2007, with all briefs due by said date.

DONE, this the 17th day of October, 2007.

                            /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE