**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **KANDEE COOLEY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CASE NO. 2:07cv808-MHT** |
| ) | |
| **STATE OF ALABAMA** ) | |
| **DEPARTMENT OF EDUCATION,** ) | |
| **MOBILE COUNTY BOARD OF** ) | |
| **SCHOOL COMMISSIONERS** ) | |
| and the **MOBILE COUNTY** ) | |
| **PUBLIC SCHOOL SYSTEM,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**NOTICE OF APPEARANCE**

COMES NOW, Mark D. Wilkerson of Wilkerson & Bryan, P.C. and hereby provides this notice of appearance on behalf of the Alabama State Department of Education.

Respectfully submitted, this 29th day of October, 2007.

                                              **s/ Mark D. Wilkerson**
                                              MARK D. WILKERSON (WIL072)
                                              AMANDA C. CARTER (CAR116)
                                              Attorneys for Defendant
                                              State of Alabama
                                              Department of Education

                                              WILKERSON & BRYAN, P.C.
                                              405 South Hull Street
                                              Montgomery, AL 36104
                                              Telephone:  (334) 265-1500
                                              Facsimile:   (334) 265-0319
                                              mark@wilkersonbryan.com
                                              amanda@wilkersonbryan.com

**OF COUNSEL:**

WILKERSON & BRYAN, P.C.
405 South Hull Street
Montgomery, AL 36104
Telephone: (334) 265-1500
Facsimile: (334) 265-0319
mark@wilkersonbryan.com
amanda@wilkersonbryan.com

**CERTIFICATE OF SERVICE**

  I do hereby certify that on this the 29th day of October, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and that I mailed a copy of the foregoing to the parties of record, properly addressed and first class postage prepaid.

April England-Albright
Post Office Box 312293
Atlanta, Georgia  31131

Vaughn Drinkard, Jr.
Paul Carbo, Jr.
The Atchison Firm, P.C.
3030 Knollwood Drive
Mobile, Alabama  36693

            **s/ Mark D. Wilkerson**
            MARK D. WILKERSON (WIL072)
            AMANDA C. CARTER (CAR116)
            Attorneys for Defendant
            State of Alabama
            Department of Education
            WILKERSON & BRYAN, P.C.
            405 South Hull Street
            Montgomery, AL 36104
            Telephone:  (334) 265-1500
            Facsimile:   (334) 265-0319
            mark@wilkersonbryan.com
            amanda@wilkersonbryan.com