**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **KANDEE COOLEY,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )    **CASE NO. 2:07cv808-MHT** |
| | ) |
| **STATE OF ALABAMA** | ) |
| **DEPARTMENT OF EDUCATION,** | ) |
| **MOBILE COUNTY BOARD OF** | ) |
| **SCHOOL COMMISSIONERS** | ) |
| and the **MOBILE COUNTY** | ) |
| **PUBLIC SCHOOL SYSTEM,** | ) |
| | ) |
|     **Defendant.** | ) |
| _____ | ) |

## NOTICE OF APPEARANCE

COMES NOW, Amanda C. Carter of Wilkerson & Bryan, P.C. and hereby provides this notice of appearance on behalf of the Alabama State Department of Education.

Respectfully submitted, this 29th day of October, 2007.

                                                                                            <u>s/ Amanda C. Carter</u>
MARK D. WILKERSON (WIL072)
AMANDA C. CARTER (CAR116)
Attorneys for Defendant
State of Alabama
Department of Education

WILKERSON & BRYAN, P.C.
405 South Hull Street
Montgomery, AL 36104
Telephone: (334) 265-1500
Facsimile: (334) 265-0319
mark@wilkersonbryan.com
amanda@wilkersonbryan.com

**OF COUNSEL:**

WILKERSON & BRYAN, P.C.
405 South Hull Street
Montgomery, AL 36104
Telephone:  (334) 265-1500
Facsimile:   (334) 265-0319
mark@wilkersonbryan.com
amanda@wilkersonbryan.com

**CERTIFICATE OF SERVICE**

      I do hereby certify that on this the 29th day of October, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and that I mailed a copy of the foregoing to the parties of record, properly addressed and first class postage prepaid.

April England-Albright
Post Office Box 312293
Atlanta, Georgia  31131

Vaughn Drinkard, Jr.
Paul Carbo, Jr.
The Atchison Firm, P.C.
3030 Knollwood Drive
Mobile, Alabama  36693

                                            **s/ Amanda C. Carter**
                                            MARK D. WILKERSON (WIL072)
                                            AMANDA C. CARTER (CAR116)
                                            Attorneys for Defendant
                                            State of Alabama
                                            Department of Education
                                            WILKERSON & BRYAN, P.C.
                                            405 South Hull Street
                                            Montgomery, AL 36104
                                            Telephone:  (334) 265-1500
                                            Facsimile:   (334) 265-0319
                                            mark@wilkersonbryan.com
                                            amanda@wilkersonbryan.com