**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **KANDEE COOLEY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CASE NO. 2:07cv808-MHT** |
| **STATE OF ALABAMA** ) | |
| **DEPARTMENT OF EDUCATION,** ) | |
| **MOBILE COUNTY BOARD OF** ) | |
| **SCHOOL COMMISSIONERS** ) | |
| and the **MOBILE COUNTY** ) | |
| **PUBLIC SCHOOL SYSTEM,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## **CONFLICT DISCLOSURE STATEMENT**

COMES NOW the STATE OF ALABAMA DEPARTMENT OF EDUCATION, a Defendant in the above-captioned matter, and in accordance with the Order of this Court, and makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐  This party is an individual, or

☑  This party is a governmental entity, or

☐  There are no entities to be reported, or

☐  The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

**s/ Mark D. Wilkerson**
MARK D. WILKERSON (WIL072)
AMANDA C. CARTER (CAR116)
Attorneys for Defendant
State of Alabama
Department of Education

WILKERSON & BRYAN, P.C.
405 South Hull Street
Montgomery, AL 36104
Telephone:  (334) 265-1500
Facsimile:   (334) 265-0319
mark@wilkersonbryan.com
amanda@wilkersonbryan.com

**OF COUNSEL:**

WILKERSON & BRYAN, P.C.
405 South Hull Street
Montgomery, AL 36104
Telephone:  (334) 265-1500
Facsimile:   (334) 265-0319
mark@wilkersonbryan.com
amanda@wilkersonbryan.com

**CERTIFICATE OF SERVICE**

  I do hereby certify that on this the 29th day of October, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and that I mailed a copy of the foregoing to the parties of record, properly addressed and first class postage prepaid.

April England-Albright
Post Office Box 312293
Atlanta, Georgia  31131

Vaughn Drinkard, Jr.
Paul Carbo, Jr.
The Atchison Firm, P.C.
3030 Knollwood Drive
Mobile, Alabama  36693

              **s/ Mark D. Wilkerson**
              MARK D. WILKERSON (WIL072)
              AMANDA C. CARTER (CAR116)
              Attorneys for Defendant
              State of Alabama
              Department of Education
              WILKERSON & BRYAN, P.C.
              405 South Hull Street
              Montgomery, AL 36104
              Telephone:  (334) 265-1500
              Facsimile:   (334) 265-0319
              mark@wilkersonbryan.com
              amanda@wilkersonbryan.com