# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                 TELEPHONE (334) 954-3600

NOTICE OF ERROR

To: Counsel of Record

Case Style: Cooley v. State of Alabama Department of Education et al

Case Number: 2:07-cv-00808-MHT

Referenced Docket Entry - *** MOTION to Change Venue - Doc. No. 19

The referenced docket entry was filed electronically with ERROR on ***10/29/07*** and is being STRICKEN from the docket. This resulted in an error on the docket sheet because the wrong code was used and a pending motion was docketed. Please DISREGARD this docket entry and see doc. 20 for correction.